UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHERYL ANN BUSBY,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED AIRLINES, INC.,<br><br>               Defendant. | Case No:  21-cv-06084 SBA<br><br>**ORDER VACATING DATES** |

    Having received notice of the settlement of this action, <u>see</u> Dkt. 24, IT IS HEREBY ORDERED THAT all pending dates and deadlines are VACATED.  The parties shall file a Joint Stipulation for Dismissal by no later than April 8, 2022.

    IT IS SO ORDERED.

Dated: 2/24/2022         _____RS

                               Richard Seeborg for Saundra B. Armstrong
                               United States District Judge